MICHAEL J. AVENATTI, Bar No.  206929
mavenatti@eaganavenatti.com
AHMED IBRAHIM, Bar No. 238739
aibrahim@eaganavenatti.com
EAGAN AVENATTI, LLP
450 Newport Center Drive, 2nd Floor
Newport Beach, CA 92660
(949) 706-7000 Telephone
(949) 706-7050 Facsimile

Attorney for Plaintiffs-Appellants

## UNITED STATES COURT OF APPEALS
## FOR THE ELEVENTH CIRCUIT

| | |
|---|---|
| GIGLIO SUB S.N.C, *et al.*<br><br>            Plaintiffs-Appellants,<br><br>    vs.<br><br>CARNIVAL CORPORATION, *et al.*<br><br>            Defendants-Appellees | NO.:  12-15533-CC<br><br>D.C. No. 1:12-cv-21680<br>U.S. District Court for Florida –<br>Southern District<br><br>**APPELLANTS GIGLIO SUB S.N.C.'S MOTION FOR EXTENSION OF TIME FOR FILING REPLY BRIEF; DECLARATION OF MICHAEL J. AVENATTI** |

Pursuant to 11th Circuit Rule 31-2(c), Plaintiffs-Appellants Giglio Sub

s.n.c. and Francesco Onida ("Appellants") hereby move for an extension of

time to file their reply appellate brief (the "Reply Brief") in the above-

referenced appeal.

1.    On January 31, 2013, Appellants filed their Opening Brief;

2.    On March 26, 2013, Defendants-Appellees Carnival Corporation, *et al.* ("Appellees") filed their Appellee's Brief;

3.    Appellants' Reply Brief is due on April 12, 2013;

4.    By this Motion, Appellants seek to extend the time to file the Reply Brief to May 3, 2013.

Appellants' Motion is supported by good cause based on the following:

1.    Appellants' Motion is not opposed by Appellees. In fact, Appellees through their counsel of record have confirmed that they are in agreement with the proposed extension of time for Appellants to file their Reply Brief.

2.    Appellants have not previously requested an extension of time to file a Reply Brief.

3.    Appellants represent that they have exercised diligence and that the brief will be filed within the time requested.

In support of this Motion, Appellants submit the accompanying Declaration of Michael J. Avenatti.

Respectfully submitted,

Dated:  April 4, 2013

EAGAN AVENATTI, LLP

_____/s/  Michael J. Avenatti_____
Michael J. Avenatti
California Bar Number: 206929
mavenatti@eaganavenatti.com
450 Newport Center Drive
Second Floor
Newport Beach, CA 92660
Tel. (949) 706-7000
Fax (949) 706-7050
Attorneys for Plaintiffs

## DECLARATION OF MICHAEL J. AVENATTI

I, Michael J. Avenatti, declare as follows:

1.    I am an attorney duly admitted *pro hac vice* to practice before the United States Court of Appeals for the Eleventh Circuit.  I am one of the attorneys representing Plaintiffs-Appellants Giglio Sub s.n.c. and Francesco Onida ("Appellants") in the instant appeal.  I have personal knowledge of the facts set forth below except where indicated and if called as a witness I could competently testify to them.

2.    I make this Declaration in support of Appellants' Motion for Extension of Time in connection with the above-referenced appeal.

3.    Appellants' Reply Brief is currently due on or before April 12, 2013.

4.    Appellants seek to extend the time to file the Reply Brief to May 3, 2013.

5.    On March 28, 2013, my associate Ahmed Ibrahim sent an email to Mr. David Weiner of the law firm Hogan Lovells US LLP, requesting that Appellees consent to an extension of time for Appellants to file their Reply Brief to May 3, 2013.

6.    The same day, Mr. Thad Dameris of the law firm Hogan Lovells US LLP, responded to Mr. Ibrahim's email confirming that his

clients would not oppose the requested extension. Attached hereto as Exhibit A is a true and correct copy of the e-mail exchange between Mr. Ibrahim, Mr. Dameris, and Mr. Weiner dated March 28, 2013.

7.    Appellants have not previously requested an extension of time in connection with this Reply Brief.

8.    I further represent that Appellants have exercised diligence and that the Reply Brief will be filed within the time requested.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 4th day of April, 2013 at Newport Beach, California.


_____/s/ Michael J. Avenatti_____
Michael J. Avenatti

EXHIBIT A

**From:** Ahmed Ibrahim
**Sent:** Thursday, March 28, 2013 3:51 PM
**To:** 'Dameris, Thad T.'; Weiner, David J.
**Cc:** Michael J. Avenatti; Filippo Marchino (filippo.marchino@xlawx.com)
**Subject:** RE: Giglio Sub Appeal Request for Extension

Thad,

I think that's right. We would oppose any motion for leave to file a sur-reply. We would not, however, oppose any request that you may make within that motion to have a three week extension of time to file that sur-reply. Nor would we oppose a request for an extension to file the motion for leave.

With that, thank you for the consent to the extension to file our reply.

Ahmed

**From:** Dameris, Thad T. [mailto:thad.dameris@hoganlovells.com]
**Sent:** Thursday, March 28, 2013 3:44 PM
**To:** Ahmed Ibrahim; Weiner, David J.
**Cc:** Michael J. Avenatti; Filippo Marchino (filippo.marchino@xlawx.com)
**Subject:** RE: Giglio Sub Appeal Request for Extension

Ahmed – to clarify, we do not oppose your request for extension. In the event you raise new issues in your brief we are reserving the right to seek leave to file a sur-reply and in that instance if we need time to move for leave or file a brief you will not oppose a request extension for of time, recognizing that you will oppose the motion for leave on the merits.

**Thad T. Dameris**
Partner

Hogan Lovells US LLP
700 Louisiana Street, Suite 4300
Houston, TX 77002

Direct:   +1 713 632 1410
Mobile:  +1 713 269 8197
Fax:      +1 713 583 6297
Email:    thad.dameris@hoganlovells.com
          www.hoganlovells.com

*Please consider the environment before printing this e-mail.*

EXHIBIT A

1

**From:** Dameris, Thad T.
**Sent:** Thursday, March 28, 2013 5:39 PM
**To:** 'Ahmed Ibrahim'; Weiner, David J.
**Cc:** Michael J. Avenatti; Filippo Marchino (filippo.marchino@xlawx.com)
**Subject:** RE: Giglio Sub Appeal Request for Extension

Ahmed – do you agree that we get an equal amount of time for an extension? If so we do not oppose the extension you are requesting.

Regards


**Thad T. Dameris**
Partner

Hogan Lovells US LLP
700 Louisiana Street, Suite 4300
Houston, TX  77002

Direct:    +1 713 632 1410
Mobile:   +1 713 269 8197
Fax:       +1 713 583 6297
Email:     thad.dameris@hoganlovells.com
            www.hoganlovells.com

*Please consider the environment before printing this e-mail.*


**From:** Ahmed Ibrahim [mailto:aibrahim@eaganavenatti.com]
**Sent:** Thursday, March 28, 2013 4:05 PM
**To:** Weiner, David J.
**Cc:** Dameris, Thad T.; Michael J. Avenatti; Filippo Marchino (filippo.marchino@xlawx.com)
**Subject:** RE: Giglio Sub Appeal Request for Extension

David,

Our reply appellate brief is due on or before April 12.  We would like to move for a three week extension from the 11th Circuit.  We would appreciate if you would grant us the professional courtesy of consenting to an extension.  Please let me know.  Thank you.

Ahmed

**From:** Weiner, David J. [mailto:david.weiner@hoganlovells.com]
**Sent:** Tuesday, February 19, 2013 3:14 PM
**To:** Michael J. Avenatti; Ahmed Ibrahim; Filippo Marchino (filippo.marchino@xlawx.com)
**Cc:** Dameris, Thad T.
**Subject:** RE: Giglio Sub Appeal Request for Extension

Thanks Michael.

David

**From:** Michael J. Avenatti [mailto:mavenatti@eaganavenatti.com]
**Sent:** Tuesday, February 19, 2013 6:11 PM

**To:** Weiner, David J.; Ahmed Ibrahim; Filippo Marchino (filippo.marchino@xlawx.com)
**Cc:** Dameris, Thad T.
**Subject:** Re: Giglio Sub Appeal Request for Extension

So stipulated.  Thanks.

**From:** <Weiner>, David Weiner <david.weiner@hoganlovells.com>
**Date:** Tuesday, February 19, 2013 3:09 PM
**To:** Ahmed Ibrahim <aibrahim@eaganavenatti.com>, Michael Avenatti <mavenatti@eaganavenatti.com>, Filippo Marchino <filippo.marchino@xlawx.com>
**Cc:** Thad Dameris <thad.dameris@hoganlovells.com>
**Subject:** Giglio Sub Appeal Request for Extension

Dear Ahmed,

I just tried to reach you in your office but you were unavailable.  Defendants' deadline for filing our response brief in *Giglio Sub* is March 5.  Due to deadlines and oral argument scheduled in other matters, Defendants would like to request from the Eleventh Circuit an extension of three weeks and would appreciate if you would consent to the requested extension.  As you recall, when Defendants consented to your requested extension, you indicated that Plaintiffs would similarly agree to an extension for Defendants.  Thanks in advance.

David

**David Weiner**
Partner

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004

Tel:      +1 202 637 5600
Direct:  +1 202 637 5617
Fax:     +1 202 637 5910
Email:   david.weiner@hoganlovells.com
           www.hoganlovells.com

*Please consider the environment before printing this e-mail.*

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2013, I filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day either by Notice of Electronic Filing generated by CM/ECF or by U. S. Mail on all counsel of record entitled to receive service.

/s/  Michael J. Avenatti

Michael J. Avenatti

## SERVICE LIST

Thad T. Dameris, Esq.
thad.dameris@hoganlovells.com
Trevor R. Jefferies, Esq.
trevor.jefferies@hoganlovells.com
Bruce Oakley, Esq.
Hogan Lovells US LLP
700 Louisiana Street, Suite 4300
Houston, TX 77002
Tel: (713) 632-1400
Fax: (713) 632-1401

*Attorneys for Defendants Carnival Corporation, Carnival Cruise Lines, Carnival plc, Costa Cruise Lines, Inc., Costa Crociere S.P.A. Company*

Alvin F. Lindsay, Esq.
alvin.lindsay@hoganlovells.com
Hogan Lovells US LLP
200 South Biscayne Boulevard, Suite 400
Miami, FL 33131
Tel: (305) 459-6633
Fax: (305) 459-6550
*Attorneys for Defendants Carnival Corporation, Carnival Cruise Lines, Carnival plc, Costa Cruise Lines, Inc., Costa Crociere S.P.A. Company*

David J. Weiner, Esq.
david.weiner@hoganlovells.com
Hogan Lovells US LLP
555 Thirteenth St., NW
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910

*Attorneys for Defendants Carnival Corporation, Carnival Cruise Lines, Carnival plc, Costa Cruise Lines, Inc., Costa Crociere S.P.A. Company*

John D. Kimball, Esq.
jkimball@blankrome.com
Blank Rome LLP
405 Lexington Avenue
New York, New York 10174
Tel: (212) 885-5259
Fax: (917) 332-3730

*Of Counsel for Defendants Carnival Corporation, Carnival Cruise Lines, Carnival plc, Costa Cruise Lines, Inc., Costa Crociere S.P.A. Company*